# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **MANUEL WILLIAMS,** | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | |
| v. | 09-cv-232-bbc |
| **GREGORY GRAMS, Warden,** **Columbia Correctional Institution,** | |
| **Respondent.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Manuel Williams for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for his failure to exhaust his state court remedies and for his failure in his petition to state facts showing he is entitled to relief.

**PETER A. OPPENEER**
_____
**Peter A. Oppeneer, Clerk**

/s/                                                                                                     4/28/09
_____                              _____
**by Deputy Clerk**                                                                              **Date**